## Case No. 7,362.

### JOHNS et al. v. BRODHAG.

[1 Cranch, C. C. 235.][1]

Circuit Court, District of Columbia. Dec. Term, 1804.

Mr. Morsell, for plaintiffs.

Mr. Key, for defendant,

[1] [Reported by Hon. William Cranch, Chief Judge.]

Mr. Mason and Mr. Morsell, for plaintiffs,

THE COURT (FITZHUGH, Circuit Judge, absent) were of opinion that the surety was entitled only to the priority of payment out of the effects of the insolvent; not to the trial at the first term: Because the clause giving such trial is subsequent to the clause which gives "the like advantage, priority," &c.; because, by the words of the act, the priority of suit is only given when the duties are due to the United States; because the defendant cannot get a continuance of the cause unless the attorney of the United States be present; and because, in a suit by a surety, many more facts can be pleaded by the defendant than in a suit by the United States—such as the surety had not paid, or an offset, or that he was not insolvent, &c.

The motion was overruled, and the cause took its regular course through the dockets.